937 F.2d 596
 Brick Hotel Corporation, Novak (Michael G.), Nasuti (James
F.), Summer Corporation, Summerwood Chestnut
Group, Inc., Summerwood Walnut Group,
Inc., CBN Associates
v.
Connell (Robert A.), Smith (Allan H.), Emge (Benjamin F.),
Newtown Enterprises Associates, Inc., Shearson
Lehman Hutton, Inc., Smith (Craig A.) (2 Cases)
 NO. 91-1017
 United States Court of Appeals,
Third Circuit.
 JUN 20, 1991
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.